No. 21-4235

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

STATE OF OHIO, et al.,
*Plaintiffs-Appellants*,

v.

XAVIER BECCERA, et al.,
*Defendants-Appellees*,

On Appeal from the United States District Court
for the Southern District of Ohio
No. 1:21-cv-675-TSB

**MOTION OF MONTANA, ALASKA, GEORGIA, IDAHO, INDIANA, LOUISIANA, MISSISSIPPI, SOUTH DAKOTA, AND TEXAS TO FILE OVERSIZED AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFFS-APPELLANTS'**

AUSTIN KNUDSEN
Montana Attorney General
KRISTIN HANSEN
*Lieutenant General*
DAVID M.S. DEWHIRST
*Solicitor General*
david.dewhirst@mt.gov

CHRISTIAN B. CORRIGAN*
*Assistant Solicitor General*
*Counsel of Record*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
406-444-2026
christian.corrigan@mt.gov

*Counsel for State of Montana*

The States of Montana, Alaska, Georgia, Idaho, Indiana, Louisiana, Mississippi, South Dakota, and Texas ("the States") respectfully request this Court's permission to file an oversized brief as amici curiae in support of Ohio et al.'s motion for injunction in the above-captioned matter. Pursuant to FRAP 29(a)(5) and FRAP 27(d)(2)(A), the word limit for an amicus brief in support of an injunction pending appeal is 2,600 words. The States' proposed amicus brief contains 4,923 words.

The Court should grant this motion because the proper application of Title X is of the utmost importance to the States and the proposed brief raises important arguments for the Court's consideration not briefed by Plaintiffs-Appellants.  Many of the States filed a similar brief in support of Plaintiffs-Appellants' Motion for Preliminary Injunction.  Like Plaintiffs-Appellants, the States will suffer irreparable injuries from Title X funds being utilized to subsidize abortion.  The States have providers within their borders who receive Title X funds and will be affected by the Final Rule's plain violation of Congress's express wishes.

Most importantly, the proposed oversized brief contains important arguments regarding the conscience rights of providers who decline to

provide, perform, participate in, or refer for, abortions that have not been

raised by Plaintiffs-Appellants.

Respectfully submitted: January 14, 2021.

AUSTIN KNUDSEN
*Attorney General of Montana*
KRISTIN HANSEN
*Lieutenant General*
DAVID M.S. DEWHIRST
*Solicitor General*

CHRISTIAN B. CORRIGAN
*Assistant Solicitor General*
Office of the Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
david.dewhirst@mt.gov
christian.corrigan@mt.gov

*/s/ Christian Corrigan*
CHRISTIAN CORRIGAN

*Attorneys for Amicus Curiae*

**Additional Counsel for Amici Curiae:**

Treg R. Taylor
ALASKA ATTORNEY GENERAL

Chris Carr
GEORGIA ATTORNEY GENERAL

Lawrence G. Wasden
IDAHO ATTORNEY GENERAL

Theodore E. Rokita
INDIANA ATTORNEY GENERAL

Jeff Landry
LOUISIANA ATTORNEY GENERAL

Lynn Fitch
MISSISSIPPI ATTORNEY GENERAL

Jason Ravnsborg
SOUTH DAKOTA ATTORNEY GENERAL

Ken Paxton
TEXAS ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2022, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system

/s/     *Christian Corrigan*
CHRISTIAN CORRIGAN