No. 21-4235

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

STATE OF OHIO, ET AL.,

*Plaintiffs-Appellants*

v.

XAVIER BECERRA, ET AL.,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Southern District of Ohio
Case No. 1:21-cv-675-TSB

**Motion of the American Association of Pro-Life Obstetricians & Gynecologists, the Christian Medical & Dental Associations, and the Catholic Medical Association to File Oversized *Amici Curiae* Brief in Support of Appellants**

JOHN J. BURSCH
DENISE M. HARLE
ALLIANCE DEFENDING FREEDOM
440 First Street, N.W., Suite 600
Washington, D.C. 20001
(616) 450-4235
jbursch@ADFlegal.org

MARK A. LIPPELMANN
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
mlippelmann@ADFlegal.org

*Attorneys for Amici Curiae*

1

The American Association of Pro-Life Obstetricians & Gynecologists (AAPLOG), the Christian Medical & Dental Associations (CMDA), and the Catholic Medical Association (CMA), respectfully request this Court's permission to file an oversized brief as *amici curiae* in support of Ohio et al.'s motion for injunction pending appeal in this matter. Under FRAP 29(a)(5) and FRAP 27(d)(2)(A), the word limit for an amicus brief in support of an injunction pending appeal is 2,600 words. The brief of proposed *amici* contains 3,231 words.

The proposed *amici* emphasize important issues not briefed by Appellants, including the Final Rule's violation of federal and state laws designed to protect health-care professionals' rights of conscience. An oversize brief is appropriate, if not necessary, given the number of conscience laws violated by the Final Rule. And an oversize brief would allow the proposed *amici* to explain how these manifold violations affect their membership and society at large, as the Final Rule categorically excludes from Title X funding any health-care entity that cannot provide, facilitate, or refer for abortions. Because the proposed *amici* raise numerous arguments reflecting their unique perspective, an oversized brief is appropriate and will assist the Court in evaluating Appellants' motion.

For these reasons, proposed *amici* respectfully request that the Court grant this motion to file an oversized brief.

Dated: January 21, 2022.

                        Respectfully submitted,

                        */s/ John J. Bursch*
                        JOHN J. BURSCH
                        DENISE M. HARLE
                        ALLIANCE DEFENDING FREEDOM
                        440 First Street, N.W., Suite 600
                        Washington, D.C. 20001
                        (616) 450-4235
                        jbursch@ADFlegal.org

                        MARK A. LIPPELMANN
                        ALLIANCE DEFENDING FREEDOM
                        15100 N. 90th Street
                        Scottsdale, AZ 85260
                        (480) 444-0020
                        mlippelmann@ADFlegal.org

                        *Attorneys for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2022, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                        */s/  John J. Bursch*
                                        John J. Bursch

                                        *Attorney for Amicus Curiae*
                                        *Alliance Defending Freedom*