

**U.S. Department of Justice**
Civil Division
950 Pennsylvania Ave NW
Washington, DC 20530

Tel: 202-353-8189

VIA CM/ECF

November 10, 2022

Deborah S. Hunt, Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth St.
Cincinnati, OH 45202

RE:   *Ohio, et al. v. Becerra, et al.*, No. 21-4235 (6th Cir.)

Dear Ms. Hunt:

  We respectfully submit this letter to address a question raised at oral argument on October 27, 2022.

  During plaintiffs' rebuttal, Judge Thapar quoted a statement that HHS "will continue to work to make funding available under the Title X program to help clinics with capacity limitations and support patient travel from states where abortion is banned." That statement is from an August 2022 report HHS issued. HHS, *Health Care Under Attack* 9, https://perma.cc/RD2U-4REB. The report notes that "HHS is evaluating the opportunity to provide grants to clinics to support patient navigation and ongoing clinic stability in underserved areas that may face closure[s] from revenue losses and state bans" on abortion. *Id.* at 8-9. The report recognizes that patients from underserved areas may now need to cross State lines to receive Title X services and discusses working to provide additional Title X funding to "clinics with capacity limitations." *Id.*

  Although not a model of clarity, the quoted statement did not claim or intend to suggest that Title X funding will be used to support patient travel for abortions. Read in context, the statement referred to HHS's providing support to clinics that will provide Title X services to patients who may need to leave their home State to receive Title X services as a result of clinic closures. Title X funding will not be used to

support travel for abortion. As explained, under the 2021 Rule, a Title X project "may not . . . provid[e] transportation[] to secure abortion services for [a] patient." 86 Fed. Reg. 56,144, 56,150 (Oct. 7, 2021). HHS reiterated this prohibition in June 2022 guidance, *see* June 2022 Guidance 5-6, https://perma.cc/C9LY-AQC8—referenced in the August 2022 Report, *supra*, 8.

In order to avoid any confusion, HHS has amended the August 2022 Report to state that "HHS will continue to work to make more funding available under the Title X program to help clinics with capacity limitations and support increased needs in providing Title X services to patients who travel from states where clinics have closed due to bans on abortion." August 2022 Report (Nov. 2022 rev.), https://perma.cc/58H6-XYF4.

                                           Sincerely,

                                           Abby C. Wright
                                           /s/ *Courtney L. Dixon*
                                           Courtney L. Dixon
                                           Attorneys

cc:    all counsel (via CM/ECF)