# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 22, 2024

Mr. Richard W. Nagel
U.S. District Court
for the Southern District of Ohio
100 E. Fifth Street
103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

Re: Case No. 21-4235, *OH, et al v. Xavier Becerra, et al*
Originating Case No. 1:21-cv-00675

Dear Mr. Nagel:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Manager
for Robin Baker, Case Manager

cc: Mr. Steven H. Aden
Mr. Rob Bonta
Mr. Nicholas J. Bronni
Mr. Andrew J. Bruck
Mr. John J. Bursch
Mr. James A. Campbell
Mr. Stephen P. Carney
Mr. Christopher Michael Carr
Ms. Natalie Christmas
Mr. Christian Brian Corrigan
Ms. Courtney L. Dixon
Mr. Thomas J. Donovan Jr.
Ms. Margaret Dotzel

Ms. Catherine S. Duval
Mr. Keith Ellison
Ms. Laura Etlinger
Mr. Robert W. Ferguson
Ms. Lynn Fitch
Mr. Aaron Darnell Ford
Mr. Aaron M. Frey
Mr. Brian E. Frosh
Ms. Blair Greenwald
Ms. Denise Harle
Ms. Maura Healey
Mr. Michael Jason Hendershot
Ms. Alyssa Howard
Mr. Thomas T. Hydrick
Ms. Kathleen Jennings
Ms. Cassandra Trombley Shapir Jonas
Ms. Dana L Kaersvang
Mr. Joshua L. Kaul
Mr. Matthew Franklin Kuhn
Mr. Jeff W. Landry
Mr. Mark Lippelmann
Mr. Peter F. Neronha
Ms. Dana Nessel
Mr. Ken Paxton
Mr. Karl A. Racine
Mr. Kwame Raoul
Mr. Ellen F. Rosenblum
Mr. Dean John Sauer
Mr. Alan Evan Schoenfeld
Ms. Lindsay Sara See
Mr. Josh Shapiro
Ms. Holly T. Shikada
Mr. Joshua H. Stein
Ms. Robin Summers
Mr. Treg R. Taylor
Mr. Phil Weiser
Mr. Zachary Paul West
Mr. Kurtis Kenneth Wiard
Ms. Abby Christine Wright

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 21-4235

_____

Filed: January 22, 2024

STATE OF OHIO; STATE OF ALABAMA; STATE OF ARKANSAS; STATE OF FLORIDA; STATE OF KANSAS; COMMONWEALTH OF KENTUCKY; STATE OF MISSOURI; STATE OF NEBRASKA; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF WEST VIRGINIA

      Plaintiffs - Appellants

v.

XAVIER BECERRA, Secretary, Department of Health and Human Services; JESSICA S. MARCELLA, Deputy Assistant Secretary for Population Affairs, in their official capacities; DEPARTMENT OF HEALTH AND HUMAN SERVICES; OFFICE OF POPULATION AFFAIRS

      Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 11/30/2023 the mandate for this case hereby issues today.


COSTS: None